# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3533

_____

JacQaus L. Martin,                      *

                                 *

         Appellant,         *

                                 *    Appeal from the United States

     v.                      *    District Court for the

                                 *    District of Nebraska.

Sergeant Larry Clapper; Sergeant John   *

Leduc; Officer W. H. Kevin Stoner,    *      [UNPUBLISHED]

                               *

         Appellees.         *

_____

Submitted:  January 6, 2000
Filed: January 25, 2000

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

JacQaus L. Martin, a Nebraska inmate, appeals the judgment of the district court[1] entered upon a jury verdict in favor of defendant prison officials in his 42 U.S.C. § 1983 action.  Martin argues that the district court erred in not including a defense witness's "testimony" in the jury instructions; not "allowing" the doctor and nurse who actually treated him to testify; admitting "tainted" testimony of defendants' medical witnesses; and excluding evidence he offered at trial.  We conclude that Martin's

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

arguments are meritless:  it is unnecessary to include witness testimony in jury instructions, Martin does not assert that he called or attempted to call his treating doctor and nurse as witnesses, Martin's allegations of "tainted" testimony are vague and speculative, and he does not set forth what additional evidence he sought to introduce.  Accordingly, we affirm.  See 8th Cir. R. 47B.  We deny Martin's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.